# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2014

Robert P. Young, Jr.,
Chief Justice

149276 & (64)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

UNISITE, LLC, f/k/a UNISITE, INC.,
      Plaintiff-Appellee,

v

JOEL L. YOUNG and BRENDA S. YOUNG,
      Defendants-Appellants.
and

TRISTAR INVESTORS, INC., and BIG TOP
VENTURES, L.L.C.,
      Defendants-Appellees.
_____/

SC: 149276
COA: 314150
Eaton CC:  12-000445-CK

On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED.  The dismissal is with prejudice and without costs or fees to any party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2014

